# Exhibit G

# Exhibit G



Pink Panters-video evidence

# clip 3




Pink Panters / VICE
tc:01.44-01.48

Pink Panteri / RTS
tc:34.19-34.24

# clip 3





Pink Panters / VICE
tc:01.44-01.48

Pink Panteri / RTS
tc:34.19-34.24