# Exhibit J

# Exhibit J

# TOLLING AGREEMENT

This tolling agreement (the "Agreement") is made as of September 26, 2017 (the "Effective Date") by and between: (i) JAVNE MEDUSKE USTANOVE "RADIO TELEVIZUA SRBUE"; (ii) DUSAN VOJVODIC; (iii) MILINA TRISIC (parties (i)- (iii) are collectively referred to as the "Copyright Complainants; and (iv) Vice Media, LLC. its affiliates and subsidiaries, ("Vice Media").

1. All statutes of limitation, similar limitation periods, notice periods, and any purported defenses based upon the passage of time including, without limitation, waiver, laches, and estoppel with respect to any claims, causes of action, demands, rights, actions, suits, or proceedings arising from, relating to, or concerning the copyright Claimants claims with respect to Vice's alleged use of and incorporation of portions of the film entitled "Pink Panthers" are tolled and suspended as of, and shall cease to run from, the Effective Date hereof, to and including November 26, 2017 (the "Tolling Period").

2. The Parties covenant and agree that the Tolling Period shall not be included in the calculation of any applicable time periods whether imposed by statute, contract, law, or equity including, without limitation, any time periods for the commencement of any actions, suits, or proceedings; the assertion of any Claims; or the assertion of any defenses based on the passage of time including, without limitation, waiver, laches, or estoppel.

3. The Parties covenant and agree that the date of interposition of any Claims brought during the Tolling Period shall be deemed September 26, 2017, for purposes of any applicable statutes of limitation, similar limitation periods, or any defenses based on the passage of time. Nothing herein shall be deemed to prevent the Copyright Complainants from commencing any actions, suits, or proceedings prior to the expiration of the Tolling Period.

4. All Parties reserve all of their rights, claims and defenses with respect to each other. Nothing contained in this Agreement shall (a) operate to revive any claims, causes of action, demands, or rights that were time barred as of the Effective Date of this Agreement; or (b) affect, modify, limit or impair any defenses with respect to the Claims, nor shall it preclude any existing defenses the Copyright Complainants may have to a defense that claims are time barred.

5. Nothing herein shall be deemed an admission of liability by any Party hereto.

6. This Agreement contains the entire agreement between the Parties with respect to the subject matter hereof, and shall supersede all other and prior agreements between the Parties with respect to these matters.

7. The Parties agree that this Agreement is irrevocable; and that no modification, amendment, or waiver of the terms of this Agreement shall be effective unless it is in writing and signed by all the Parties hereto.

8. This Agreement shall inure to the benefit of, and be binding upon, the successors of the Parties hereto.

9. This Agreement shall be governed by, and construed in accordance with, the laws of the State of New York without reference to its principles of conflicts of law.

10. This Agreement may be executed in counterparts, each of which shall be deemed an original, and when executed by all the parties hereto, shall constitute one and the same instrument. Signatures delivered by facsimile or e-mail shall be effective for all purposes.

**IN WITNESS HEREOF**, and intending to be legally bound, the Parties have executed the foregoing Agreement, as of the Effective Date set forth above.

| | |
|---|---|
| **JAVNE MEDUSKE USTANOVE "RADIO TELEVIZUA SRBUE"** | Vice Media, LLC |
| By: _____ | By: _____ |
| **DUSAN VOJVODIC** | |
| _____ | |
| **MILINA TRISIC** | |
| | |
| Lebowitz Law Office LLC | Frankfurt Kurnit Klein & Selz PC |
| Attorneys for Copyright Complainants | Attorneys for Vice Media, LLC |
| By: Marc A. Lebowitz | By: *MAURA WOGAN* |